# UNITED STATES DISTRICT COURT
for the

District of

Division

The Studio Art Center, Inc (School) )
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Gary D. Anderson
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes   ☐ No

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2021 AUG 16 PM 1:07

## COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | The Studio Art Center, Inc ( School ) 503c |
| Street Address | 15 Linden Lane -B |
| City and County | Middleboro, Ma. 02346 |
| State and Zip Code | Ma. )2346 |
| Telephone Number | 508-923-7678 (Recorded line ) |
| E-mail Address | goodartstuff@aol.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1

Name: Gary D. Anderson
Job or Title (if known): Suite # 810
Street Address: 1000 Washington, Street
City and County: ~~Boston, Ma.~~
State and Zip Code: Boston, 02118-6200
Telephone Number: 6~~1~~7- 521-7794
E-mail Address (if known): gary.d.anderson@mass.gov

Defendant No. 2

Name: Christopher .JSW
Job or Title (if known): The Harford Ins. Co.
Street Address: Hartford ,CT. 06103
City and County: same
State and Zip Code: 06103
Telephone Number: ~~886~~ 860-547-5000
E-mail Address (if known): christopher.swift@the harford.com

Defendant No. 3

Name: Doug Elliot
Job or Title (if known):
Street Address: The Hartford   690 Asylum Ave. Gartford Ct. 06103 or 06155
City and County:
State and Zip Code: same
Telephone Number: 860-547-5000
E-mail Address (if known):

Defendant No. 4

Name: Beth Costell
Job or Title (if known): CEO
Street Address: 690 Asylum Ave.
City and County: Hartford ,CT    06155
State and Zip Code: 860-547-5000
Telephone Number: 860-547-5000
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. will provede

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* The Studio Art Center, Inc (school) is incorporated under the laws of the State of *(name)* Ma.,

    and has its principal place of business in the State of *(name)*
    business was at 197 Plymouth Street, Bridgewater, Ma. 02234

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Gary D. Anderson , is a citizen of the State of *(name)* Ma. ( see list ) . Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* <u>Gary D. Anderson ( see list</u> is incorporated under the laws of the State of *(name)* <u>Mass.</u>, and has its principal place of business in the State of *(name)* <u>Boston, Ma.</u>

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$497,000.00 plus interest and fee's. liquadated damages x10

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

```
Insurance claim, not paid conspriacy to defraud School after a
fire . (See attached._ Exhibit A.
```

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

```
The School had a fire, and made it's claim with the Hartford. they
did not send an Adjuter , or crew to clean & protect. Loss of
income three years 7 all monies shown in business policy.

   $497,000.00 plus Interest & liquadated damages .
```

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/26/2021

Signature of Plaintiff
Printed Name of Plaintiff: The Studio Art Center, Inc /Mark Young

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/26/2021

Signature of Plaintiff

Printed Name of Plaintiff: The Studio Art Center, Inc /Mark Young

### B. For Attorneys

Date of signing: 4/28/2021

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address