UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE STUDIO ART CENTER, INC. (SCHOOL), | * * * | |
| Plaintiff, | * * | |
| v. | * * * | C.A. No. 21-11335-ADB |
| GARY D. ANDERSON, et al., | * * | |
| Defendants. | * * | |

ORDER

BURROUGHS, D.J.

This action was initiated by Mark Young on behalf of The Studio Art Center, Inc. (School), a non-profit corporation. Dkt. No. 1. Young filed a state court affidavit of indigency, dated August 5, 2021, seeking waiver of the filing fee. Dkt. No. 2.

By Order dated August 18, 2021, Young was advised that a corporation may not appear *pro se* and or proceed *in forma pauperis*. Dkt. No. 4. Because Young was not alleged to be an attorney, he was further advised that he could not represent the interests of The Studio Art Center. *Id.* The Court ordered The Studio Art Center to have an attorney enter an appearance on its behalf and to pay the $402 filing and administrative fees within twenty-one (21) days. *Id.* The Order stated that failure to comply would result in the dismissal of this action without prejudice. *Id.*

To date, plaintiff has not responded to the Court's order and the time to do so has expired. "A district court, as part of its inherent power to manage its own docket, may dismiss a case sua sponte for any of the reasons prescribed in Fed. R. Civ. P. 41(b)." *Cintrn-Lorenzo v. Departamento*

*de Asuntos del Consumidor*, 312 F.3d 522, 525-26 (1st Cir. 2002). "Lack of diligent prosecution is such a reason." *Id.*  Here, dismissal is appropriate because without plaintiff's active participation, the Court cannot effect the advancement of the case to a resolution on the merits.

Accordingly, for the failure to comply with the August 18, 2021 Order, this action is hereby dismissed without prejudice.

**SO ORDERED.**

September 24, 2021                              /s/ Allison D. Burroughs
                                                ALLISON D. BURROUGHS
                                                UNITED STATES DISTRICT JUDGE